

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| FRANK MARVIN PHILLIPS, | No. 07-36082 |
| Plaintiff - Appellant, | D.C. No. CV-01-01252-HA |
| v. | |
| LYNN HUST, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Oregon
Ancer L. Haggerty, District Judge, Presiding

Before: D.W. NELSON, O'SCANNLAIN, and THOMAS, Circuit Judges.[**]

In light of our concurrently filed opinion in *Phillips v. Hust*, No. 04-36021,

this appeal is DISMISSED as moot.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).